**EXHIBIT 2:** INFRINGEMENT
URL: https://www.facebook.com/watch/?v=1512926019614705&_rdc=1&_rdr

