IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| REED TIMMER | § § § § |
| *Plaintiff*, | § § |
| v. | § § Case No: 4:25-cv-00363 |
| ROOF HAWK AI SYSTEMS LLC | § § § |
| *Defendant*. | § § § § |

## NOTICE OF APPEARANCE

NOTICE is hereby given that James H. Freeman is entering his appearance as counsel for Plaintiff Reed Timmer.

Dated:  April 9, 2025
         Uniondale, New York

                                                 Respectfully Submitted:

                                                 s/*James H. Freeman/*
                                                 By: James H. Freeman
                                                 SANDERS LAW GROUP
                                                 333 Earle Ovington Blvd., Suite 402
                                                 Uniondale, NY 11553
                                                 (516) 203-7600
                                                 jfreeman@sanderslaw.group

                                                 *Counsel for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

The foregoing notice of appearance was served via CM/ECF on all parties of record on April 9, 2025.

                                                           s/*James H Freeman/*
                                                         James H. Freeman