AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF TEXAS

Reed Timmer,
　　　　　　　Plaintiff(s)

v.   Civil Action No. 4:25-cv-00363

Roof Hawk AI Systems LLC,
　　　　　　　Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Roof Hawk AI Systems LLC
c/o Randy Rial
10616 Broken Spoke Lane
Mckinney, TX 75071

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States, or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**CRAIG SANDERS**
**SANDERS LAW GROUP**
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/8/2025

*David A. O'Toole*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-00363

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This Summons for *(name of individual and title, if any)* ROOF HAWK AI SYSTEMS LLC
was received by me on *(date)* 4/21/2025 AT 2:26 PM .

[ ] I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

[X] I served the summons on *(name of individual)* Randy Rial , who is
designated by law to accept service of process on behalf of *(name of organization)*
ROOF HAWK AI SYSTEMS LLC on *(date)* 4/22/2025 AT 7:51 AM ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 4/23/2025

*Server's signature*

CALEB HALE PSC#23513 EXP: 11/30/2025
*Printed name and title*

5999 CUSTER ROAD #110-315 FRISCO, TEXAS 75035
*Server's address*

Additional information regarding attempted service, etc: