IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| REED TIMMER  *Plaintiff,*  v.  ROOF HAWK AI SYSTEMS, LLC  *Defendant.* | § § § § § § § § § § | Case No. 4:25-cv-00363-RWS |

## NOTICE OF SETTLEMENT

TO THE HONORABLE ROBERT W. SCHROEDER, III (U.S.D.J.)

**MAY IT PLEASE THE COURT,** plaintiff Reed Timmer ("Plaintiff") respectfully notifies the Court that the parties have reached a settlement in principle pending their negotiation of a final settlement agreement. We therefore respectfully request that the Court adjourn all pending dates, and grant the parties thirty (30) days to consummate their transaction before filing a Stipulation of Dismissal. No other dates will be impacted by this request. Defendant Roof Hawk AI Systems LLC consents to the filing of this Notice.

Respectfully submitted,

**SANDERS LAW GROUP**

/s/*James H. Freeman/*
James H. Freeman, Esq.
NY State Bar No.: 4001533
333 Earle Ovington Blvd., Ste. 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jfreeman@sanderslaw.group

## CERTIFICATE OF SERVICE

      Undersigned hereby certifies that a true and correct copy of the foregoing Notice of Settlement was served on all counsel of record via CM/ECF on June 5, 2025.

                                                   /s/jameshfreeman/
                                                   James H. Freeman