**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| REED TIMMER, | § | |
| Plaintiff, | § § § | |
| v. | § § | CASE NO. 4:25-CV-00363-RWS |
| ROOF HAWK AI SYSTEMS LLC, | § § § | |
| Defendant. | § § | |

## ORDER

On May 14, 2025, the Court set a scheduling conference for June 12, 2025 in the above-captioned matter. Docket No. 7. In light of the parties' filing of a notice of settlement (Docket No. 8), the Court finds that a scheduling conference is unnecessary in this case. The scheduling conference is therefore **CANCELLED**.

**So ORDERED and SIGNED this 11th day of June, 2025.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE