IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| REED TIMMER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:25-CV-00363-RWS |
| | § | |
| ROOF HAWK AI SYSTEMS LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff Reed Timmer's Notice of Settlement (Docket No. 8). In the notice, the Plaintiff requests a 30-day stay so that the appropriate dismissal papers may be submitted. The parties are reminded that the proper means of requesting a stay is via a motion, not a notice. *See* Standing Order Regarding Proper Notification of Settlement to the Court, available at https://txed.uscourts.gov/sites/default/files/judgeFiles/RS%20-STANDING_ORDER_-_Order_on_Settlements_Jan_12_2016.pdf. Moreover, the notice explains that Defendant Roof Hawk AI Systems LLC consents to the filing of the notice, but no certificate of conference has been filed as required by Local Rule CV-7(i). Accordingly, the Court will not order the relief requested in Plaintiff's notice (Docket No. 8). Within **seven (7)** days of the entry of this Order, Plaintiff may refile the notice as a motion jointly filed with Defendant as required by the Court's Standing Order Regarding Proper Notification of Settlement to the Court.

**So ORDERED and SIGNED this 12th day of June, 2025.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE