**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| REED TIMMER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:25-CV-00363-RWS |
| | § | |
| ROOF HAWK AI SYSTEMS LLC, | § | |
| | § | |
| Defendant. | § | |

# **ORDER**

Two months have elapsed since the Court declined to award the relief requested in Plaintiff Reed Timmer's notice of settlement. *See* Docket No. 10. If the parties still wish to stay deadlines in the above-captioned case, Plaintiff Reed Timmer and Defendant Roof Hawk AI Systems LLC shall file a motion to stay all deadlines **within seven (7) days of the entry of this Order**. Should the parties fail to do so, the Court will reset the above-captioned case for a scheduling conference in Texarkana, Texas.

**So ORDERED and SIGNED this 12th day of August, 2025.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE