UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
---------------------------------------------------------x

REED TIMMER,

        Plaintiff,                       **STIPULATION OF DISMISSAL**
                                                     **WITH PREJUDICE**

    -against-

                                                       **4:25-cv-00363-RWS**

ROOF HAWK AI SYSTEMS LLC

        Defendant.

---------------------------------------------------------x

        IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiff Reed Timmer and defendant Roof Hawk AI Systems LLC that pursuant to Fed. R. Civ. Pro. Rule 41(a)(1)(A)(ii), this action is hereby voluntarily dismissed with prejudice and with each side bearing its own costs and attorneys' fees.

Dated:  September 12, 2025
            Sherman, Texas

Sanders Law Group PLLC

By: *James H. Freeman*                   By: *James Gourley*
     James H. Freeman                            James Robert Gourley
     Sanders Law Group                         Carstens, Allen & Gourley, LLP
     333 Earle Ovington Blvd, Ste 402         7500 Dallas Parkway, Suite 300
     Uniondale, NY 11553                      Plano, TX 75024
     jfreeman@sanderslaw.group               gourley@caglaw.com

     *Attorneys for Plaintiff*                       *Attorneys for Defendant*