# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| REED TIMMER, | § | |
| Plaintiff, | § § § | |
| v. | § § | CASE NO. 4:25-CV-00363-RWS |
| ROOF HAWK AI SYSTEMS LLC, | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Stipulation of Dismissal with Prejudice. Docket No. 12. The stipulation seeks dismissal of the above-captioned case with prejudice and "with each side bearing its own costs and attorneys' fees." *Id.* The Court hereby **ACCEPTS** the stipulation. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs. It is further

**ORDERED** that that any pending motions in the above-captioned case are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 15th day of September, 2025.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE