AO 121 (06/16)

| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave., S.E.**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [X] ACTION        [ ] APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Eastern District of Texas |
|---|---|
| DOCKET NO. | DATE FILED<br>April 8, 2025 | 7940 Preston Road, Plano, TX 75024<br>Plano, Texas 75024 |

| PLAINTIFF<br>Reed Timmer | DEFENDANT<br>Roof Hawk AI Systems LLC |
|---|---|

| | **COPYRIGHT**<br>**REGISTRATION NO** | **TITLE OF WORK** | **AUTHOR OR WORK** |
|---|---|---|---|
| 1 | PA 2-481-680 | | Reed Timmer |
| 2 | | | |
| 3 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment        [ ] Answer        [ ] Cross Bill        [ ] Other Pleading | |
|---|---|---|
| | **COPYRIGHT**<br>**REGISTRATION NO** | **TITLE OF WORK** | **AUTHOR OR WORK** |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br><br>[ x ] Order        [ ] Judgment | WRITTEN OPINION ATTACHED<br><br>[ ] Yes        [x] No | DATE RENDERED<br><br>9/15/2025 |
|---|---|---|

| CLERK<br>David A. O'Toole | (BY) DEPUTY CLERK<br>C LeeCate | DATE<br>**9/16/2025** |
|---|---|---|

| **DISTRIBUTION** | 1) Upon initiation of action, mail copy to Register of Copyrights | 2) Upon filing of document adding copyright(s) mail copy to Register of Copyrights | 3)Upon termination of action mail copy to Register of Copyrights |
|---|---|---|---|
| | 4) In the event of an appeal, forward copy to Appellate Court | 5) Case File Copy | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| REED TIMMER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:25-CV-00363-RWS |
| | § | |
| ROOF HAWK AI SYSTEMS LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Stipulation of Dismissal with Prejudice. Docket No. 12. The stipulation seeks dismissal of the above-captioned case with prejudice and "with each side bearing its own costs and attorneys' fees." *Id.* The Court hereby **ACCEPTS** the stipulation. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs. It is further

**ORDERED** that that any pending motions in the above-captioned case are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 15th day of September, 2025.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE